UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Moto Tassinari, Inc.

      v.                    Civil No. 12-cv-177-JL

V Force Customs, Inc.

O R D E R

On September 27, 2012 the court granted an extension of time for plaintiff's to accomplish service. To date no service documents have been filed. However, a status report was filed on September 26, 2012 which indicated that the parties have finalized a settlement agreement. Pursuant to LR 41.1 an agreement for entry of judgment or a stipulation of dismissal is to be filed within 30 days after notice of settlement. Therefore, it is ordered that a settlement document shall be filed by November 1, 2012 or the court will dismiss the case with prejudice.

SO ORDERED.

October 2, 2012

_____
Joseph N. Laplante
Chief Judge

cc:    Joshua M. Wyatt, Esq.